# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN COLLINS,
                Appellant,
        vs.
DOROTHY L. ALLEN-COLLINS,
                Respondent.

No. 80189

**FILED**

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order directing appellant to obtain a Qualified Domestic Relations Order and denying his post-decree request for punitive damages. Eighth Judicial District Court, Clark County; Rhonda Kay Forsberg, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the challenged district court order granted appellant the relief he requested. Appellant is not aggrieved by this order. *See* NRAP 3A(a); NRS 177.015 (only an aggrieved party may appeal). Further, no statute or court rule appears to allow an appeal from a district court order denying a post-decree request for punitive damages. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-17466

cc:    Hon. Rhonda Kay Forsberg, District Judge
Darren Collins
Dorothy L. Allen-Collins
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A